OFFICE PRIDE OF NORTH ALABAMA

INVO PEO INC IV
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

Check No. 000001274956
Pay Date 03-22-2019

**Pay** Non-negotiable $0.00

**To The Order Of**

**PETE M MCCULLOUGH III**
**3211 Overwill Street**
**HUNTSVILLE, AL 35810**

*** *Non-Negotiable* ***

PETE M MCCULLOUGH III                                   INVO PEO INC IV - HUNTSVILLE (004321)

| SSN# | Period Start Date | 03-04-2019 | Check Date | 03-22-2019 | Federal Filing Status | S/NONE |
| EMP# N95639 | Period End Date | 03-17-2019 | Check Number | 0000012749 | State Filing Status | S/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 03-17-2019 | REGULAR PAY | 9.0000 | 68.81 | 619.29 |
| 03-17-2019 | OVERTIME | 13.5000 | 1.14 | 15.39 |
| - | HOLIDAY | - | - | - |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| BACKGROUND | 0.00 | 15.00 |
| FEDERAL TAX | 51.16 | 170.30 |
| MEDICARE | 9.20 | 36.93 |
| SOC SECURITY | 39.35 | 157.92 |
| AL INCOME TAX | 19.95 | 64.93 |

TOTAL                69.95      634.68

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 2408.47 |
| HOLIDAY | 123.25 |
| OVERTIME | 15.39 |

TOTAL  $2,547.11

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $515.02 |
| TOTAL NET PAY | $515.02 |
| TOTAL NET PAY YTD | $2,102.03 |

TOTAL  119.66  445.08

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 48987 | CHECKING | 515.02 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|

TOTAL DEPOSITED   $515.02   TOTAL   0.00   0.00

Voucher #: 061245 Sort Order: 134

OFFICE PRIDE OF NORTH ALABAMA

INVO PEO INC IV
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

Check No. 000001256286
Pay Date 03-08-2019

Pay  Non-negotiable                                                $0.00

**To The Order Of**

PETE M MCCULLOUGH III
3211 Overwill Street
HUNTSVILLE, AL 35810

*** Non-Negotiable ***

PETE M MCCULLOUGH III                           INVO PEO INC IV - HUNTSVILLE (004321)

SSN#                Period Start Date  02-18-2019   Check Date     03-08-2019   Federal Filing Status  S/NONE
EMP#  N95639        Period End Date    03-03-2019   Check Number   0000012562   State Filing Status    S/NONE

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 03-03-2019 | REGULAR PAY | 8.5000 | 34.00 | 289.00 |
| - | HOLIDAY | - | - | - |

TOTAL                                 34.00      289.00

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| BACKGROUND | 0.00 | 15.00 |
| FEDERAL TAX | 14.28 | 119.14 |
| MEDICARE | 4.19 | 27.73 |
| SOC SECURITY | 17.92 | 118.57 |
| AL INCOME TAX | 4.51 | 44.98 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 1789.18 |
| HOLIDAY | 123.25 |
| TOTAL | $1,912.43 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $248.10 |
| TOTAL NET PAY | $248.10 |
| TOTAL NET PAY YTD | $1,587.01 |

TOTAL                  40.90    325.42

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 48987 | CHECKING | 248.10 |
| TOTAL DEPOSITED | | $248.10 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

Voucher #: 060293  Sort Order: 137

OFFICE PRIDE OF NORTH ALABAMA

INVO PEO INC IV
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

Check No. 000001236617
Pay Date 02-22-2019

**Pay** Non-negotiable $0.00

**To The Order Of**

PETE M MCCULLOUGH III
3211 Overwill Street
HUNTSVILLE, AL 35810

*** Non-Negotiable ***

PETE M MCCULLOUGH III

INVO PEO INC IV - HUNTSVILLE (004321)

| | | | | | |
|---|---|---|---|---|---|
| SSN# | Period Start Date | 02-04-2019 | Check Date | 02-22-2019 | Federal Filing Status S/NONE |
| EMP# N95639 | Period End Date | 02-17-2019 | Check Number | 0000012366 | State Filing Status S/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 02-17-2019 | REGULAR PAY | 8.5000 | 18.55 | 157.68 |
| - | HOLIDAY | - | - | - |
| | TOTAL | | 18.55 | 157.68 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| BACKGROUND | 0.00 | 15.00 |
| FEDERAL TAX | 1.15 | 104.86 |
| MEDICARE | 2.29 | 23.54 |
| SOC SECURITY | 9.77 | 100.65 |
| AL INCOME TAX | 0.05 | 40.47 |
| TOTAL | 13.26 | 284.52 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 1500.18 |
| HOLIDAY | 123.25 |
| TOTAL | $1,623.43 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $144.42 |
| TOTAL NET PAY | $144.42 |
| TOTAL NET PAY YTD | $1,338.91 |

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 48987 | CHECKING | 144.42 |
| TOTAL DEPOSITED | | $144.42 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

Voucher #: 058734 Sort Order: 142

OFFICE PRIDE OF NORTH ALABAMA

INVO PEO INC IV
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

Check No. 000001218920
Pay Date 02-08-2019

Pay  Non-negotiable                                                                 $0.00

To The
Order
Of

PETE M MCCULLOUGH III
3211 Overwill Street
HUNTSVILLE, AL 35810

## *** Non-Negotiable ***

PETE M MCCULLOUGH III                                              INVO PEO INC IV - HUNTSVILLE (004321)

| SSN# | Period Start Date | 01-21-2019 | Check Date | 02-08-2019 | Federal Filing Status | S/NONE |
|---|---|---|---|---|---|---|
| EMP# N95639 | Period End Date | 02-03-2019 | Check Number | 0000012189 | State Filing Status | S/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 02-03-2019 | REGULAR PAY | 8.5000 | 44.49 | 378.17 |
| - | HOLIDAY | - | - | - |
| **TOTAL** | | | 44.49 | 378.17 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| BACKGROUND | 0.00 | 15.00 |
| FEDERAL TAX | 23.20 | 103.71 |
| MEDICARE | 5.48 | 21.25 |
| SOC SECURITY | 23.45 | 90.88 |
| AL INCOME TAX | 8.52 | 40.42 |
| **TOTAL** | 60.65 | 271.26 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 1342.50 |
| HOLIDAY | 123.25 |
| TOTAL | $1,465.75 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $317.52 |
| TOTAL NET PAY | $317.52 |
| TOTAL NET PAY YTD | $1,194.49 |

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 48987 | CHECKING | 317.52 |
| TOTAL DEPOSITED | | $317.52 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

Voucher #: 058055 Sort Order: 140

OFFICE PRIDE OF NORTH ALABAMA

INVO PEO INC IV  
800 Oak Ridge Turnpike Ste. A900  
Oak Ridge TN 37830

Check No. 000001200335  
Pay Date 01-25-2019

**Pay** Non-negotiable $0.00

To The Order Of

PETE M MCCULLOUGH III  
3211 Overwill Street  
HUNTSVILLE, AL 35810

*** Non-Negotiable ***

PETE M MCCULLOUGH III  INVO PEO INC IV - HUNTSVILLE (004321)

| | |
|---|---|
| SSN# | Period Start Date 01-07-2019  Check Date 01-25-2019  Federal Filing Status S/NONE |
| EMP# N95639 | Period End Date 01-20-2019  Check Number 0000012003  State Filing Status S/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 01-20-2019 | REGULAR PAY | 8.5000 | 62.45 | 530.83 |
| - | HOLIDAY | - | - | - |
| | TOTAL | | 62.45 | 530.83 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| BACKGROUND | 0.00 | 15.00 |
| FEDERAL TAX | 38.70 | 80.51 |
| MEDICARE | 7.70 | 15.77 |
| SOC SECURITY | 32.91 | 67.43 |
| AL INCOME TAX | 15.38 | 31.90 |
| TOTAL | 94.69 | 210.61 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 964.33 |
| HOLIDAY | 123.25 |
| TOTAL | $1,087.58 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $436.14 |
| TOTAL NET PAY | $436.14 |
| TOTAL NET PAY YTD | $876.97 |

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 48987 | CHECKING | 436.14 |
| | TOTAL DEPOSITED | $436.14 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

Voucher #: 057695 Sort Order: 140

OFFICE PRIDE OF NORTH ALABAMA

INVO PEO INC IV  
800 Oak Ridge Turnpike Ste. A900  
Oak Ridge TN 37830

Check No. 000001186148  
Pay Date 01-11-2019

Pay   Non-negotiable

$0.00

To The Order Of

PETE M MCCULLOUGH III  
3211 Overwill Street  
HUNTSVILLE, AL 35810

*** Non-Negotiable ***

PETE M MCCULLOUGH III

INVO PEO INC IV - HUNTSVILLE (004321)

| SSN# | | Period Start Date | 12-24-2018 | Check Date | 01-11-2019 | Federal Filing Status | S/NONE |
|---|---|---|---|---|---|---|---|
| EMP# | N95639 | Period End Date | 01-06-2019 | Check Number | 0000011861 | State Filing Status | S/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 01-06-2019 | REGULAR PAY | 8.5000 | 51.00 | 433.50 |
| 01-06-2019 | HOLIDAY | 8.5000 | 14.50 | 123.25 |
| | TOTAL | | 65.50 | 556.75 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| BACKGROUND | 15.00 | 15.00 |
| FEDERAL TAX | 41.81 | 41.81 |
| MEDICARE | 8.07 | 8.07 |
| SOC SECURITY | 34.52 | 34.52 |
| AL INCOME TAX | 16.52 | 16.52 |
| TOTAL | 115.92 | 115.92 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 433.50 |
| HOLIDAY | 123.25 |
| TOTAL | $556.75 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $440.83 |
| TOTAL NET PAY | $440.83 |
| TOTAL NET PAY YTD | $440.83 |

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 48987 | CHECKING | 440.83 |
| | TOTAL DEPOSITED | $440.83 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

Best wishes for a Happy Birthday!

Voucher #: 055753 Sort Order: 133

OFFICE PRIDE OF NORTH ALABAMA

INVO PEO INC IV
800 Oak Ridge Turnpike Ste. A900
Oak Ridge TN 37830

Check No. 000001103558
Pay Date 11-16-2018

Pay   Non-negotiable                                                      $0.00

To The Order Of

PETE M MCCULLOUGH III
3211 Overwill Street
HUNTSVILLE, AL 35810

*** Non-Negotiable ***

PETE M MCCULLOUGH III                                                     INVO PEO INC IV - HUNTSVILLE (004321)

| | | |
|---|---|---|
| SSN# | Period Start Date 10-29-2018 | Check Date 11-16-2018 | Federal Filing Status S/NONE |
| EMP# N95639 | Period End Date 11-11-2018 | Check Number 0000011035 | State Filing Status S/NONE |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 11-11-2018 | REGULAR PAY | 8.5000 | 9.23 | 78.46 |
| | TOTAL | | 9.23 | 78.46 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| UNIFORMS | 18.00 | 18.00 |
| MEDICARE | 1.14 | 1.14 |
| SOC SECURITY | 4.86 | 4.86 |
| TOTAL | 24.00 | 24.00 |

## Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 78.46 |
| TOTAL | $78.46 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $54.46 |
| TOTAL NET PAY | $54.46 |
| TOTAL NET PAY YTD | $54.46 |

## Paid Time Off

| Description | Balance |
|---|---|

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 48987 | CHECKING | 54.46 |
| TOTAL DEPOSITED | | $54.46 |

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

Voucher #: 053609 Sort Order: 154