IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In re:

Pete McCullough III
XXX-XX-3714

Case No. 19-80670 CRJ 7

Chapter 7

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

**PLEASE TAKE NOTICE THAT**, if you object to the relief requested in this motion (the "Motion"), you must file an objection with the Clerk of Court (an "Objection") within **30** days of the date of service of the Motion (the "Objection Deadline"), and you must serve the Objection on the filer and all other appropriate persons. If you received service of the Motion by mail, three days are added to your Objection Deadline by Rule 9006(f) of the Federal Rules of Bankruptcy Procedure (the "Rules"). If your Objection Deadline falls on a Saturday, Sunday, or legal holiday, your Objection Deadline shall not expire until the end of the day that is not a Saturday, Sunday, or legal holiday, pursuant to Rule 9006(a).

**PLEASE TAKE FURTHER NOTICE THAT** Objections must be filed with the Clerk of Court electronically, by hand delivery, or by mail. The Clerk's Office is located at 400 Well Street, Decatur, Alabama 35601.
If you mail your Objection to the Clerk's Office, you must send the Objection in time for the Clerk's Office to **receive** your Objection by your Objection deadline. The Court will not consider any untimely Objections.

**PLEASE TAKE FURTHER NOTICE THAT**, if you timely file and serve an Objection, the Court will hold a hearing to consider the Motion and your Objection, and the Clerk's Office will notify you, and all other appropriate persons, of the time, date, and place of the hearing. **If you fail to file an Objection by the Objection Deadline, you will be deemed to have admitted the allegations in the Motion, and the Court may grant the relief requested in the Motion without a hearing.**

### *SECTION 522(f) MOTION TO AVOID JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE MONEY SECURITY INTEREST AND DETERMINE SECURED STATUS*

*Check one.*

☒ **Total Lien Avoidance.** Debtor(s) seek to totally avoid the judicial lien or nonpossessory, nonpurchase money security interest (the "Lien") securing the claim listed below (the "Claim") because the Lien impairs the Debtor(s)' available exemption(s) and the extent of the impairment equals or exceeds the amount of the Lien. Upon entry of an order granting the Motion, the Lien will be avoided in its entirety, and, unless otherwise ordered, the Claim, to the extent allowed, will be treated as wholly unsecured. *See* 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). *(This section should be used if, after deducting the amount(s) of Debtor(s)' available exemption(s) and of any mortgage lien(s) or other unavoided lien(s) and security interest(s) that encumber the subject property, Debtor(s) have no equity in the property.)*

| Name of creditor | Amount of Lien | Proof of claim number (if a claim is filed) | Property description (see Debtor(s)' schedules for the property value(s) and information regarding the mortgage(s) and other lien(s) and security interest(s) that encumber the property) | Lien identification (such as date of Lien recording, book and page number, county of recording) |
|---|---|---|---|---|
| 1st Franklin | $1,146.00 | | misc household goods | 12/2017 Act # 369002351102 |

# CERTIFICATE OF SERVICE

I hereby certify that on _____April 05, 2019_____ a copy of the Motion was served on the above-named creditor by the means specified below:

| Creditor Name and Address<br>(If the creditor is an entity other than an Insured Depository Institution ("IDI")*, identify the officer, managing agent, general agent, or other agent authorized to receive process to whose attention service was made. If the entity is an IDI, identify the officer to whose attention service was made via certified mail.) | Method of Service |
|---|---|
| 1st Franklin<br>Attn: Bankruptcy<br>PO Box 880<br>Toccoa, GA 30577 | ☒ First Class Mail<br>☐ Certified Mail No: _____ |

I also certify that on _____ I mailed a copy of the Motion by First Class Mail to the notice address listed on the creditor's proof of claim:

☒ **Not applicable.** (The creditor has not filed a proof of claim as of the date hereof.)

☐ **Applicable.** (Include the notice address served in the below provided space.)

I also certify that on _____April 05, 2019_____ the chapter 7 trustee received notice of the Motion via the Court's CM/ECF system.

I also certify that on _____ I served the Motion on the following interested parties by the means specified below (include the attorney for any committee appointed in the case):

☒ **Not applicable.**

☐ **Applicable.** (Include the name, address, and method of service.)

| Name and Address | Method of Service |
|---|---|
|  | First Class Mail |

Under penalty of perjury, I declare that the foregoing is true and correct.

April 05, 2019 /s/: Jeffrey B Irby
Date  Signature of Debtor(s) or Debtor(s)' Attorney

*Most IDIs are banks, credit unions or savings & loan associations.

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | Pete McCullough III ) | CASE NO.: 19-80950-CRJ 7 |
| | XXX-XX-3714 ) | |
| | ) | CHAPTER: 7 |
| | ) | |
| | DEBTOR. ) | |

## DEBTOR'S DECLARATION TO AVOID LIEN PURSUANT TO 11 U.S.C. § 522(f)(2)

My name is Pete McCllough III. I do hereby certify that I am over the age of nineteen and that, based on my personal knowledge as the 100% owner of miscellaneous items listed the security agreement filed by **First Franklin Finance**. These items are a nonpossossory, nonpurchase-money security interest.

Dated: 4/5/2019

/s/: Pete McCllough III
Pete McCllough III, Debtor