THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: Pete McCullough III | ) | CASE NO.: 19-80950-CRJ 7 |
| XXX-XX-3714 | ) | |
| | ) | CHAPTER: 7 |
| | ) | |
| DEBTOR. | ) | |

**AMENDMENT TO SCHEDULE E/F TO**
**ADD ADDITIONAL PRE-PETITON CREDITORS**

    **COMES NOW** the Debtor, Pete McCullough, III, by and through his attorney, Jeffrey B. Irby, and amends his Schedule E/F-Creditors Holding unsecured non-priority, pre-petition claims as follows:

**SHEILA HALE, the mother and personal**      Unsecured
**representative of SHAWN BONE, deceased**      Amount: $1.00
**c/o MARSH, RICKARD & BRYAN, P.C.**      Unliquidated, Contingent, Disputed
**800 Shades Creek Pkwy, Suite 600-D**
**Birmingham, AL 35209**

    Respectfully submitted,

**/s/ *Pete McCullough, III***      **/s/ *Jeffrey B. Irby***
**Pete McCullough, III**      Jeffrey B. Irby
     Attorney for Debtor
     300 Clinton Ave West Ste. 23
     Huntsville, AL 35801
     Phone: (256) 517-1505

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of foregoing document was served upon **Judith Thompson, Chapter 7 Trustee**, **all partied listed on the attached creditors matrix**, and the parties listed below either by depositing a copy in the United States Mail, postage prepaid, or electronically through the Court's cm/ECF system on this the 1st of July, 2019.

    SHEILA HALE, the mother and personal
    representative of SHAWN BONE, deceased
    c/o MARSH, RICKARD & BRYAN, P.C.
    800 Shades Creek Pkwy, Suite 600-D
    Birmingham, AL 35209

    **/s/ *Jeffrey B. Irby***
    **Jeffrey B. Irby**

Fill in this information to identify your case:

Debtor 1 **Pete**           **McCullough, III**
         First Name   Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name   Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ALABAMA**

Case number **19-80950-7**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ No. Go to Part 2.
   - ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 | | | |

Priority Creditor's Name _____   Last 4 digits of account number __ __ __ __

Number     Street                                     When was the debt incurred? _____

_____

_____        **As of the date you file, the claim is:** Check all that apply.
                                                    ☐ Contingent
                                                    ☐ Unliquidated
City           State    ZIP Code                    ☐ Disputed

**Who incurred the debt?** Check one.               **Type of PRIORITY unsecured claim:**
☐ Debtor 1 only                                     ☐ Domestic support obligations
☐ Debtor 2 only                                     ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only                        ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another              intoxicated
☐ **Check if this claim is for a community debt**   ☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1  **Pete McCullough, III**  Case number (if known) **19-80950-7**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

### 4.1 — $1,146.00

**1st Franklin**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 880**

**Toccoa           GA      30577**
City              State   ZIP Code

Last 4 digits of account number  **1  1  0  2**
When was the debt incurred?  **12/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Secured**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

### 4.2 — $110.00

**AmSher Collection Srv**
Nonpriority Creditor's Name
**4524 Southlake Parkway**
Number     Street
**STE 15**

**Hoover           AL      35244**
City              State   ZIP Code

Last 4 digits of account number  **6  5  1  9**
When was the debt incurred?  **02/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Collecting for -AMERICAN FAMILY CARE/BHAM**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

---

**4.3**  $70.00

**AmSher Collection Srv**
Nonpriority Creditor's Name
**4524 Southlake Parkway**
Number    Street
**STE 15**

**Hoover**          **AL**   **35244**
City              State    ZIP Code

Last 4 digits of account number  **4 0 9 8**
When was the debt incurred?  **06/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Collecting for -AMERICAN FAMILY CARE/BHAM**

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.4**  $3,612.85

**Crestwood Hospital**
Nonpriority Creditor's Name
**One Hospital Drive**
Number    Street

**Huntsville**       **AL**   **35802-0000**
City              State    ZIP Code

Last 4 digits of account number  **A C T S**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Medical**

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.5**  $619.00

**Redstone Fcu**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number    Street
**220 Wynn Drive**

**Huntsville**       **AL**   **35893**
City              State    ZIP Code

Last 4 digits of account number  **8 7 4 0**
When was the debt incurred?  **05/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1 **Pete McCullough, III**  Case number (if known) **19-80950-7**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.6
**$250.00**

**Redstone Fcu**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number    Street
**220 Wynn Drive**

**Huntsville** **AL** **35893**
City    State    ZIP Code

Last 4 digits of account number  **4** **5** **4** **8**
When was the debt incurred?  **10/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Check Credit or Line of Credit**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.7
**$238.72**

**Redstone Federal Credit Union**
Nonpriority Creditor's Name
**220 Wynn Drive**
Number    Street

**Huntsville** **AL** **35805-4513**
City    State    ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Checking act**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.8
**$1.00**

**SHEILA HALE, the mother and personal**
Nonpriority Creditor's Name
**representative of SHAWN BONE, deceased**
Number    Street
**c/o MARSH, RICKARD & BRYAN, P.C.**

**800 Shades Creek Pkwy, Suite 600-D**

**Birmingham** **AL** **35209**
City    State    ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Pete McCullough, III**  Case number (if known) **19-80950-7**

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. | Domestic support obligations | 6a. $0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. $0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. $0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
| 6e. | **Total.** Add lines 6a through 6d. | 6d. $0.00 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. | Student loans | 6f. $0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $6,047.57 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. $6,047.57 |

Fill in this information to identify your case:

Debtor 1 __**Pete**_____**McCullough, III**_____
         First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name   Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ALABAMA**

Case number   **19-80950-7**
(if known)

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

**1.** *Schedule A/B: Property* (Official Form 106A/B)

1a. Copy line 55, Total real estate, from Schedule A/B............................................................................. **$0.00**

1b. Copy line 62, Total personal property, from Schedule A/B.................................................................. **$8,202.00**

1c. Copy line 63, Total of all property on Schedule A/B............................................................................. **$8,202.00**

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$5,020.00**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... **$0.00**

3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** **$6,047.57**

**Your total liabilities** **$11,067.57**

## Part 3: Summarize Your Income and Expenses

**4.** *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I................................................................... **$687.96**

**5.** *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J........................................................................... **$683.00**

Debtor 1 __Pete McCullough, III__ Case number (if known) __19-80950-7__

### Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$283.65

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a. Domestic support obligations. (Copy line 6a.) $0.00

9b. Taxes and certain other debts you owe the government. (Copy line 6b.) $0.00

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) $0.00

9d. Student loans. (Copy line 6f.) $0.00

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) $0.00

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) + $0.00

9g. **Total.** Add lines 9a through 9f. $0.00

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Pete**    **McCullough, III** <br> First Name   Middle Name   Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ALABAMA** |
| Case number (if known) | **19-80950-7** |

☑ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Pete McCullough, III**      X _____
Pete McCullough, III, Debtor 1      Signature of Debtor 2

Date **07/01/2019**      Date _____
MM / DD / YYYY      MM / DD / YYYY

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 19-80950-CRJ7<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Mon Jul  1 16:48:20 CDT 2019 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | 1st Franklin<br>Attn: Bankruptcy<br>PO Box 880<br>Toccoa, GA 30577-0880 |
| AmSher Collection Srv<br>4524 Southlake Parkway<br>STE 15<br>Hoover, AL 35244-3271 | C. Howard Grisham, Attorney<br>Po Box 5585<br>Huntsville, AL 35814-5585 | Crestwood Hospital<br>One Hospital Drive<br>Huntsville, AL 35801-3498 |
| Redstone Fcu<br>Attn: Bankruptcy Dept<br>220 Wynn Drive<br>Huntsville, AL 35893-0001 | Redstone Federal Credit Union<br>220 Wynn Drive<br>Huntsville, AL 35805-4513 | Jeffrey B. Irby<br>Jeffrey B. Irby, P.C.<br>300 Clinton Ave W, Ste 23<br>Huntsville, AL 35801-5590 |
| Judith Thompson<br>P.O. Box 18966<br>Huntsville, AL 35804-8966 | Pete McCullough III<br>3211 Overhill Street NW<br>Huntsville, AL 35810-3238 | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients     0<br>Total                  10 |