# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

In re:   Pete McCullough III                     )
                                                  )     Case No.:  19-80950-CRJ-7
          SSN: xxx-xx-3714                        )
                                                  )
                    Debtor.                       )     CHAPTER 7
_____)

## ORDER APPROVING CREDITOR'S AMENDED MOTION TO REOPEN CASE

This matter came before the Court for hearing upon the Creditor's Amended Motion to Reopen Chapter 7 Case and Relief from this Court's Order of Discharge Based on Extraordinary Circumstances (Doc. 33).  After proper notice a hearing was held on September 18, 2019 whereupon Tazewell T. Shepard IV appeared on behalf of the Creditor and Jeffrey B. Irby appeared on behalf of the Debtor.

Upon this Court's consideration of the pleading and oral argument by the parties, this Court finds just cause to reopen the Debtor's Chapter 7 case.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the Creditor's Amended Motion to Reopen Chapter 7 Case and Relief from this Court's Order of Discharge Based on Extraordinary Circumstances is **APPROVED**. The Debtor's Chapter 7 case is hereby REOPENED.

Dated this the 19th day of September, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Creditor